UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-62625-CIV-SINGHAL

INA KALAUR,

Petitioner,

v.

MATTHEW ELLISTON, et al.

Respondents.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court on Petitioner's Notice of Voluntary Dismissal. (DE [7]). The Court having reviewed the Notice and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 5th day of October 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF